PHYLLIS MAKRIS, an Infant, by LAURA MAKRIS, Her Guardian ad Litem, et al., Respondents, *v.* SHEFFIELD FARMS COMPANY, INC., et al., Appellants.

Argued October 9, 1940; decided November 13, 1940.

*Harold R. Medina, Arthur J. Peck* and *William F. McNulty* for appellants.

*I. Maurice Wormser, Desmond T. Barry, Edward A. Shandell* and *Louis D. Schwartz* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.